1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                        SOUTHERN DIVISION

11  VALENTIN GONZALEZ,                    **Case No.  8:15-cv-01589-JLS-KES**

12                        Plaintiff,      **ORDER TO DISMISS WITH**
                                          **PREJUDICE PURSUANT TO**
13          v.                            **JOINT STIPULATION**

14  TIC - THE INDUSTRIAL COMPANY,
    which will do business in California as
15  THE INDUSTRIAL COMPANY, a
    Delaware corporation; and DOES 1 - 50,
16
17                        Defendants.

18

19      **Order to Dismiss With Prejudice Pursuant to Joint Stipulation**

20      The parties, by and through their counsel, hereby voluntarily stipulated that all

21  aspects of the captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P.

22  41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

23      IT IS SO ORDERED.

24

25  Dated: December 04, 2015              JOSEPHINE L. STATON
26                                        _____
                                          Josephine L. Staton
27                                        United States District Judge

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000        6747184-v1\SFODMS

1

ORDER TO DISMISS WITH PREJUDICE -- CASE NO. 8:15-cv-01589-JLS-KES